| | |
|---|---|
| JANIECE FOWLER ) | |
| ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | CASE NO. 3:21-cv-677-CRS |
| ) | |
| ) | |
| KENTUCKY UNEMPLOYMENT ) | |
| COMMISSION & CBS MEDICAL ) | |
| BILLING AND CONSULTING, LLC ) | |
| ) | |
| ) | |
| DEFENDANTS ) | |

## NOTICE OF REMOVAL

Defendant CBS Medical Billing and Consulting, LLC ("CBS"), by counsel, for its Notice of Removal of this action from the Jefferson Circuit Court, Jefferson County, Kentucky, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully states as follows:

1. On October 20, 2021, Plaintiff, appearing Pro se, filed a cause of action against CBS and another Defendant, the Kentucky Unemployment Commission (the "Commission") (collectively, "Defendants"), which is currently pending in the Jefferson Circuit Court, Jefferson County, Kentucky, Civil Action No. 21-CI-05924. CBS was served with process on October 26, 2021.

2. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964 by CBS, though Plaintiff's allegations of liability and damages are expressly denied.

3. In her Complaint, Plaintiff brings two separate and independent claims as one action. Plaintiff's first claim is a complaint for judicial review of The Commission's October 4, 2021 Order affirming its decision to deny Plaintiff's claim for unemployment insurance benefits [Compl., pp. 1-3]. Though this is a claim against the Commission, CBS is statutorily required to be named as a defendant pursuant KRS 341.450(1). Nevertheless, CBS is a nominal party and will not be involved in the litigation of this state law claim, which shall be limited judicial review of the Commission's October 4, 2021 Order based solely on the evidence of record already presented to the Commission.

4. The second is a claim solely against CBS in which Plaintiff alleges race discrimination and retaliation under Title VII of the Civil Rights Act. Plaintiff is asserting this claim following her receipt of the Equal Employment Opportunity Commission's July 27, 2021 Dismissal and Notice of Rights [Compl., Ex. 2].

5. Though her Complaint does not expressly reference Title VII, Plaintiff's inclusion of the EEOC's Notice and her exhaustion of Title VII's administrative remedies confirms that Plaintiff is pursuing her race discrimination and retaliation claims under federal law. Moreover, Plaintiff cannot state a claim against CBS under Kentucky's Civil Rights Act as CBS does not now, nor has it ever, employed the requisite number of employees in Kentucky to be an "employer" subject to the Kentucky Civil Rights Act, KRS 344.030(2). Plaintiff's race and retaliation claims must therefore arise, if at all, under federal law.

6. The Commission is not a party to Plaintiff's race and retaliation claims against CBS, which are wholly separate and independent from Plaintiff's claim against the Commission for judicial review of its final decision to deny Plaintiff's claim for unemployment benefits.

7. Pursuant to 28 U.S.C. § 1441(c), an action such as this may be removed if it contains (1) a claim arising under federal law, and (2) a claim not within this Court's original or supplemental jurisdiction that has been made nonremovable by statute, so long as the action would be removable without the inclusion of the nonremovable state law claim.

8. Plaintiff's race and retaliation claim against CBS are removable pursuant to 28 U.S.C. § 1331 because they arise under Title VII of the federal Civil Rights Act. However, Plaintiff's separate and independent claim for judicial review of the Commission's unemployment determination has been made nonremovable by KRS 341.450(1), which states the complaint for judicial review must be filed in the Circuit Court of the Kentucky county in which Plaintiff was last employed.

9. Because Plaintiff's claims against CBS are separate and independent from her claim against the Commission for judicial review of its unemployment determination, and because the Commission is not a necessary party to Plaintiff's Title VII claims against CBS, this case is removable without the inclusion of Plaintiff's nonremovable state law claim for judicial review under KRS 341.450.

10. Pursuant to 28 U.S.C. § 1441(c)(2), this Court shall accept jurisdiction over Plaintiff's removable Title VII claim and shall sever and remand Plaintiff's nonremovable state law claim for judicial review of the Commission's October 4, 2021 Order.

11. Under 28 U.S.C. § 1441(c)(2), the Commission is not required to join in or consent to this removal as no removable claim under 28 U.S.C. § 1331 has been asserted against it.

12. Pursuant to 28 U.S.C. § 1446(b), this action is being timely removed within 30 days of service of summons and the complaint upon CBS.

13.     A copy of all process, pleadings, and written orders served as of the date of the filing of this Notice of Removal are attached hereto as **Exhibit 1**.

14.     Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate will be mailed to Plaintiff on November 10, 2021.

15.     True and correct copies of the pleadings enumerated will be filed with the Clerk of the Jefferson County, Kentucky Circuit Court on November 10, 2021.

WHEREFORE, Defendant CBS Medical Billing and Consulting, LLC respectfully requests the removal of Plaintiff's Title VII race and retaliation claims against it from the Jefferson Circuit Court to this Court for all other appropriate procedures. CBS further requests that this Court sever and remand Plaintiff's claim under KRS 341.450 for judicial review of the Commission's October 4, 2021 Order pursuant to 28 U.S.C. § 1441(c)(2).

Respectfully submitted,

*/s/ Emily C. Lamb*
David Domene
Emily C. Lamb
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
Tel: 502-584-1600
Fax: 502-584-9971
ddomene@bdblawky.com
elamb@bdblawky.com

*Counsel for Defendant CBS Medical Billing & Consulting, LLC*

CERTIFICATE OF SERVICE

  This is to certify that on the 10th day of November, 2021, a true and correct copy of the foregoing Notice of Removal was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to e-filers of record. Non-efilers will be served via regular U.S. mail, postage prepaid, this same date.

| | |
|---|---|
| Janiece Fowler<br>1339 Berry Blvd.<br>Louisville, KY 40215<br>*Plaintiff, Pro se* | Kentucky Unemployment Insurance<br>Commission<br>500 Metro Street, 4-SC<br>Frankfort, Kentucky 40601 |

  */s/ Emily C. Lamb*_____
*Counsel for Defendant CBS Medical Billing & Consulting, LLC*