# EXHIBIT 1

21 C I 05924

Plantiff

Janiece Fowler
Address: 1339 Berry Blvd
Louisville, Ky 40215

VS

Exhibits
FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK

OCT 20 2021

BY_____
DEPUTY CLERK

Def

CBS Medical Billing &
Consulting
LLC

Ky Unemployment Commission
Frankfor

Date: 101/19/21

Plantiff

Janiece Fowler

1339 Berry Blvd

Louisville, KY 40215

Hi

To whom it may concern. I wish to file an appeal in regards to Kentucky Unemployment Insurance Commission ( 500 metro Street , Frankfort , KY 40601) for upholding denial of regular unemployment benefits and a lawsuit against my Former Employer, CBS Medical Billing and Consulting, LLC (19 Hampton Road Building B, Unit 14, Exeter, NH 03833)for employment discrimination and wrongful termination.

* I am also asking that my Forma pauperis be granted to move forward with waiving of fees for filings. Temporarily, I have 0 income and fall under the federal poverty guidelines.

As, of 10/4/21 and after 10 months. I received a long-awaited determination for regular unemployment benefits. Denying regular unemployment benefits at the commission level.

This is determination to unemployment claim filed 12/11/20.

To date, I have not received any compensation benefits related to unemployment and/or CARES ACT-assistance.

I believe that I was never given a fair due process by KY unemployment or KY Unemployment Commission. Due to my former employer and all the negative inaccuracies I faced with my claim over the last year but also due to all the negative intricacies and backlash KY unemployment has received.

Unfortunately, on 12/10/20 and during Covid-19. I was precisely constructed out my remote position due to no fault of my own. I was attending a 9am, scheduled, virtual morning meeting with my team of about 5-7. The meeting started out with harassments and combativeness from my manager Autumn Pole, directly toward me.

In front of peers. I was yet again falsely accused of intentionally misconduct. Autumn Pole, combatively and negatively informed me in front of my coworkers. That I was Intentionally permitting wrong doing. To include, changing passwords and accounts , hindering others from performing their job duties and more!!

After, few minutes of being yet again harassed, badgered , falsely accused and degraded in front of coworkers. I informed Autumn Pole of my immediate termination. I then emailed and

1

called HR, rep. Erica Spechuilli, to inform her of my immediate termination, as well. I also informed Erica Spechulli, that i could not take Autumn poles harassments to a fault anymore.

Unfortunately, months prior too, 12/10/20. To be precise end of September 2020 and so forth on. I had continuously experienced a multitude of negative incitements/harassment from my manager Autumn Pole.

While in a pandemic. I did everything in my power to maintain my remote employment, prior too, wrongful termination on 12/10/2020. By following chain of command in expressing questions comments and/or concerns. In relation to Autumn Poles behavior and conduct towards me. On a multitude of many levels.

I first requested a meeting directly with Autumn pole (MGR), end of September/ beginning of October, 2020.

Additionally, I had to eventually request and have a individual and group meeting with Stacy Toner (Account MGR), and Erica Spechuilli (HR) to express harassment and ongoing concerns ongoing with Autumn Pole from October up to December 2020.


Too this day. I believe my experience with CBS medical Billing and Consulting LLC was negatively impacted due to my race as a African American/ Black Women. As I was the only person of color on my team and supervised by Autumn Pole.

I did everything in my power to maintain my employment in good faith, prior too, constructive termination on 12/10/2020. By following chain of command in expressing questions comments and/or concerns. In relation to Autumn Poles behavior and conduct towards me. On a multitude of many levels.

After, I expressed concerns I then, started to receive a multitude of write ups, what seemed like excessive verbal notation of a possible write up and more negatively impacting and effecting my job.

My mental was also affected as I new that I had the perfect remote position while millions were loosing their job. Unfortunately, I could not obtain physical employment due to daughters being home schooled as a government requirement due to COVID. I subsequently was forced out of a job and simultaneously could not accept a job.

Unemployment, was intended to bridge the gap between loosing one job through no fault of your own and until the next job can be obtained.

Over the last year I have applied for more than 200 jobs. Had more than 30 interviews. started own business when kids started school but halted services due to continuous Covid exposure

2

and quarantining. Accepted positions that got furloughed due to pandemic.

During, this time I have had to continuously applied for goverment service to include help, with food, rent and utilities.

As, a single mother I do not wish my last year experience on anyone. Especially, a mother with children. Had I not been continuously harrased and mistreated. I would still be employed.

Additionally, I believe CBS, halted unemployment benefits by misleading on details in regards to my employments

**I am asking through the courts that I be granted a KY Insurance commission overturn of denial for unemployment benefits.

Additionally, I am also seeking to request monetary benefits from CBS Medical Billing and Consulting LLC. To include, Lost earning ( backpay) , Front pay, awards of cost and fees for expert, non lawyer services and associated filing fees, compensatory damages, emotional and punitive damages.

I look forward to a prompt resolution...

_Janeace Jonh_

_Jan R Butts_
_ritry_

Witnen by JANICE Fouler

this 20th dy of October 2021.

My commun ige 11/09/2024

JAQUELINE R. BUTTS
Notary Public, Notary ID # KYNP16910
State at Large, Kentucky
My commission expires 11/19/2024

RE: Response from commission office dated 8-13-21, incorrect!! A.D NO. 2196345 A UI Please update to be fair!!!!

From:  OUI Commission (uicommission@ky.gov)

To:  livelife4u1986@yahoo.com

Date:  Monday, August 16, 2021, 08:52 AM EDT

The acknowledgment letter you received from the Commission is a form letter sent to all appealing parties.  Some parts of that letter might not pertain to you.

**From:** JANIECE fowler <livelife4u1986@yahoo.com>
**Sent:** Saturday, August 14, 2021 6:45 PM
**To:** OUI Commission <UIcommission@ky.gov>; OUI Appeals <UIappeals@ky.gov>; OUI Claim Investigation <UIclaiminvestigation@ky.gov>
**Subject:** Response from commission office dated 8-13-21, incorrect!! A.D NO. 2196345 A UI Please update to be fair!!!!

EEOC Form 161 (11/2020)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Janiece T. Fowler<br>1339 Berry Blvd<br>Louisville, KY 40215 | From: Louisville Area Office<br>600 Dr Martin Luther King Jr Pl<br>Suite 268<br>Louisville, KY 40202 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative<br>**Marcus D. Sanders,**<br>**Investigator** | Telephone No. |
|---|---|---|
| **523-2021-00831** | | **(502) 582-5826** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

for *Marcus Sanders*                                    7-27-21

**Alan W. Anderson,**
**Area Office Director**                                 *(Date Issued)*

Enclosures(s)

cc:

**CBS MEDICAL BILLING LLC**
**19 Hampton Rd Ste 14 Bldg B**
**Exeter, NH 03833**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

*[Handwritten at top: My appeal was not for Overpayment]*

*[Handwritten right: X Overpayment was not discussed Rev Referree Taylor]*

COMMONWEALTH OF KENTUCKY
KENTUCKY UNEMPLOYMENT INSURANCE COMMISSION
FRANKFORT, KENTUCKY 40601

CLAIMANT: JANIECE FOWLER

APPELLANT
JANIECE FOWLER
1339 BERRY BLVD
LOUISVILLE        KY
40215-1950

| | |
|---|---|
| C.O. NO. | |
| L.Q. | 56 |
| COUNTY | JEFFERSON |
| REC. DATE | 08-12-21 |
| S.S. NO. | XXX-XX-7506 |
| A.D. NO. | 2196345 A UI |
| MAILED | 08-13-21 |

VS.

APPELLEE
CBS MEDICAL BILLING
AND CONSULTING
19 HAMPTON RD   BLDG 8
EXTER NH
03833

*[Handwritten: X I have not had appeal for Overpayment. I requested one 5/24/21]*

THIS ACKNOWLEDGES RECEIPT OF AN APPEAL, FILED ON AUGUST     12, 2021 TO THE KENTUCKY UNEMPLOYMENT INSURANCE COMMISSION FROM THE REFEREE'S DECISION ISSUED IN THIS CASE.

IF AN OVERPAYMENT IS ESTABLISHED OTHER THAN THROUGH AGENCY ERROR, THE CLAIMANT SHALL BE REQUIRED TO REPAY THE AMOUNT.

THE COMMISSION USUALLY DECIDES APPEALS WITHOUT A NEW HEARING. IT RELIES ON EVIDENCE TAKEN AT THE REFEREE HEARING. THE COMMISSION WILL NOT CONSIDER ANY EVIDENCE NOT INTRODUCED AT THE REFEREE HEARING. IN ITS DISCRETION, THE COMMISSION MAY HOLD AN ADDITIONAL HEARING.

EACH OF THE PARTIES MAY SUBMIT, IN WRITING, SUMMARY STATEMENTS OR BRIEFS. APPELLANT'S BRIEF SHALL BE DUE TEN (10) DAYS FROM THE DATE OF THIS NOTICE, APPELLEE'S  RESPONSE SEVEN (7) DAYS THEREAFTER. IF YOU SUBMIT A SUMMARY STATEMENT, A COPY MUST BE SERVED ON THE OPPOSING PARTY, OTHERWISE THE SUMMARY STATEMENT CANNOT BE CONSIDERED BY THE KENTUCKY UNEMPLOYMENT INSURANCE COMMISSION. YOU MAY SERVE THE OPPOSING PARTY BY MAIL. ATTENTION PARTIES: PLEASE NOTE THAT GRANTING OF REQUESTS FOR COPIES OF HEARING TAPES OR DOCUMENTS DOES NOT EXTEND THE TIME FOR FILING OF BRIEFS. SEE: 787 KAR 1:110 SECTION 2 (2)(A) AND SECTION 4 (6)(A)(B). FAILURE TO SUBMIT A SUMMARY STATEMENT WILL NOT ADVERSELY AFFECT THE OUTCOME OF YOUR APPEAL.

ADDRESS CORRESPONDENCE TO: KENTUCKY UNEMPLOYMENT INSURANCE COMMISSION, 500 MERO ST., 4-SC1, FRANKFORT, KY 40601 TELEPHONE (502)564-4849. ATTORNEYS PLEASE SERVE OPPOSING PARTY. CORRESPONDENCE SHOULD CITE APPEAL DOCKET NUMBER (A.D. NO.), CLAIMANT NAME, AND SOCIAL SECURITY NUMBER.

IF YOU ARE THE CLAIMANT, YOU SHOULD, WHILE THE APPEAL IS PENDING AND YOU ARE UNEMPLOYED, CONTINUE TO REPORT ON YOUR CLAIM AS INSTRUCTED BY YOUR LOCAL OFFICE.

UNEMPLOYMENT INSURANCE COMMISSION

INTERESTED PARTIES

*[Handwritten: X Please help!!]*

*[Handwritten: X I have not had hearing for ...]*

CO# 148292A
SS# 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
LO# 56

D# 21-96345 A
REC'D 08-12-21 MD

MAILED
COUNTY JEFFERSON

CT 0 4 2021

Ky UI-
Commission
level
Appeal
final
Denial

COMMONWEALTH OF KENTUCKY
KENTUCKY UNEMPLOYMENT INSURANCE COMMISSION
FRANKFORT

APPELLANT

JANIECE FOWLER
1339 BERRY BLVD
LOUISVILLE KY 40215

APPELLEE

CBS MEDICAL BILLING
AND CONSULTING
19 HAMPTON RD BLDG B
EXETER NH 03833

## ORDER AFFIRMING AND REMANDING

The claimant appeals from a referee decision, mailed July 29, 2021, which held benefits were not payable from December 6, 2020 through the duration of the subsequent period of unemployment, on a finding that the claimant voluntarily quit the most recent work without good cause attributable to the employment. The employer's reserve account was relieved of charges on the claim. The claim was remanded to the Benefits Branch for determination of any overpayments and any other benefit eligibility. Having reviewed the evidence of record and being otherwise sufficiently advised, the Commission finds that:

## FINDINGS OF FACT

The claimant was employed with the employer from July 13, 2020 until December 10, 2020. The employer is a medical billing service provider that allows employees to perform duties remotely. The claimant held the position of junior biller and served at this position in a full-time capacity and was paid hourly at the rate of $20.00. The claimant's work duties included documenting and itemizing medical services for insurance and payment purposes remotely from her home in Louisville, Jefferson County, Kentucky.

The employer provides data entry and billing services to third-party clients based on service contracts. These contracts are paid by the third-party clients based on the validity and accuracy of reporting. A third-party client complained to Ms. Sphechuilli, the employer's human resource director, that errors had been found in reports. On November 20, 2020, Ms. Spechuilli, held a meeting with the claimant concerning work errors that resulted in a written warning. On December 8, 2020, Ms. Spechuilli held another meeting with the claimant concerning work errors that resulted in an additional written warning. The claimant provided feedback to Ms. Spechuilli that communication with the team was going great and that she enjoyed her mentorship with Ms. Pole.

On December 10, 2020, Autumn Pole, the claimant's immediate supervisor conducted a virtual employee meeting. This meeting included the claimant and other employees. During the virtual meeting, Ms. Pole discussed the subject of changing passwords. The claimant was offended by the exchange and stated that "effective immediately, I terminate my position." After making the statement, the claimant disconnected from the employee meeting and emailed Ms. Spechuilli to inform her of the work termination and obtain information for the return of employer equipment.

The claimant must show that she had good cause attributable to the employment for ending the work relationship. "Good cause for voluntarily quitting work exists only when the worker is faced with circumstances so compelling as to leave no reasonable alternative but loss of employment." *Kentucky Unemployment Ins. Comm'n v. Murphy*, 539 S.W.2d 293, 294 (Ky. 1976).

Credible evidence of the record shows that the claimant's work history, prior to her separation, included two meetings with the employer human resource director. These meetings both resulted in written warnings for work related errors. These written warnings show the claimant's knowledge of the errors and efforts by the employer to improve work related circumstances. *See: Employer Exhibit 1 p. 16 and p. 24.* The claimant did not object to these errors, nor did she indicate any dispute to the written warnings. Rather, the claimant and employer, both agree that these meetings were beneficial in determining and streamlining necessary job duties. The claimant further admits that her contact with Ms. Spechuilli was due to work related errors and difficulty in dealing and communicating with Ms. Pole. Ms. Pole's position, as the claimant's supervisor, includes correcting work done in error and bringing those errors to the attention of the claimant and the employer.

The claimant now contends that she was forced to quit due to Ms. Pole's false portrayal of work errors and critical attitude. In response, the employer maintains that the errors, which stand as the basis for the claimant's written warnings, were brought to the employer's attention by a third-party client, not Ms. Pole. These errors were not the result of some change in expected work product but rather tasks performed by the employer conditioned upon third-party contracts.

These various errors include duplicating entries, not performing verifications, and not fully completing assigned tasks. The claimant was aware, or should have been aware, that her data and entries were subject to contractual agreement with third-party clients and as such would be scrutinized for errors in this regard. Additionally, the claimant agreed to commission of the errors and further agreed to mindfulness in attempting to prevent future errors of a similar nature. These agreements are demonstrated through her electronic signature on the written warnings documented by the employer. To allow these errors to continue would be contrary to the best interests of the business enterprise. In addition, the claimant provided feedback to Ms. Spechuilli that communication with the team was going great and that she enjoyed her mentorship with Ms. Pole.

The only reason given by the claimant for establishing good cause in voluntary quitting the work was her perceived difficulty in dealing with immediate supervisor, Ms. Pole. By addressing these errors through Ms. Pole or Ms. Spechuilli, the employer is attempting to correct a deficiency rather than force an employee to quit. The claimant's difficulty, or pressure, in dealing with Ms. Pole is not supported by any type of undue medical risk to the worker's health or any type of unreasonable reprimands issued by the employer. The claimant's lack of rapport or friendliness with Ms. Pole, although unfortunate, is not sufficient to indicate that the circumstances forced her resignation.

Additionally, the claimant did not seek alternative employment opportunities with Ms. Spechuilli on the day she terminated her employment. The employer maintains these opportunities were available to the claimant at the time of her voluntary quitting. As such, the credible evidence of the record shows that the claimant voluntarily quit suitable and continuing work due to personal differences with her immediate supervisor Ms. Pole. These personal differences do not satisfy good cause attributable to the employment and as such the claimant remains disqualified from receiving regular unemployment insurance (UI) benefits.

## APPEAL RIGHTS

An Order of the Kentucky Unemployment Insurance Commission may, **within twenty (20) days** of the mailing date of the Order, be appealed, to the appropriate Circuit Court, under the provisions of KRS 341.440(3), which provides, "**In the absence of an appeal therefrom, the decisions of the commission shall become final thirty-five (35) days after the date they are made.**"

Except as provided in KRS 341.460, **within twenty (20) days after the date of the decision of the Commission, any party aggrieved thereby may,** after exhausting his remedies before the Commission, secure judicial review thereof by filing a complaint against the Commission in the Circuit Court of the county in which the claimant was last employed by a subject employer whose reserve account is affected by such claims. Any other party to the proceeding before the Commission shall be made a defendant in such action. The complaint shall state fully the grounds upon which review is sought, assign all errors relied on, and shall be verified by the plaintiff or his attorney. The plaintiff shall furnish copies thereof for each defendant to the Commission, which shall deliver one (1) copy to each defendant. *See* KRS 341.450.

If benefits are denied by this Order, and further appeal to Circuit Court is initiated, claimants should continue to report to the local office and claim benefits. (rev/21)

Questions

• Whom is defendant @ this point?
• UI vs Employment case?
• This case vs multiple??
• (Research)
  TF
  Timely Filing

KY UI
OR
CBS, former employer?


## Payment History



# COMMONWEALTH OF KENTUCKY

# OFFICE OF UNEMPLOYMENT INSURANCE

**500 MERO STREET, 4-SC**
**FRANKFORT, KY 40601-1958**
**(502) 564-2900**

## Personal Information

First Name

JANIECE

Last Name

FOWLER

Mailing Address

1339 BERRY BLVD

City

LOUISVILLE

State

KY

County

Jefferson

Zip Code

40215

Report Date

Oct 7, 2021

## Claim Information

Benefit Year End (BYE) Date

12/04/2021

Effective Date

12/06/2020

Maximum Benefit Amount (MBA)

$4,524.00

Balance

$4,524.00

| Show actions | | Show actions | | Show actions | |
|---|---|---|---|---|
| 12/24/2020 | 12/12/2020 | | 12/19/2020 | $0.00 |
| 02/08/2021 | 01/30/2021 | | 02/06/2021 | $0.00 |
| 03/22/2021 | 03/13/2021 | | 03/20/2021 | $0.00 |
| 06/23/2021 | 06/12/2021 | | 06/19/2021 | $0.00 |
| 06/07/2021 | 05/29/2021 | | 06/05/2021 | $0.00 |
| 03/08/2021 | 02/27/2021 | | 03/06/2021 | $0.00 |
| 05/26/2021 | 05/15/2021 | | 05/22/2021 | $0.00 |
| 05/14/2021 | 04/24/2021 | | 05/01/2021 | $0.00 |
| 05/14/2021 | 05/08/2021 | | | $0.00 |
| 05/14/2021 | 04/10/2021 | | 04/17/2021 | $0.00 |
| 02/22/2021 | 02/13/2021 | | 02/20/2021 | $0.00 |
| 08/01/2021 | 07/24/2021 | | 07/31/2021 | $0.00 |
| 01/18/2021 | 01/09/2021 | | 01/16/2021 | $0.00 |
| 01/11/2021 | 12/26/2020 | | 01/02/2021 | $0.00 |
| 07/12/2021 | 06/26/2021 | | 07/03/2021 | $0.00 |
| 07/21/2021 | 07/10/2021 | | 07/17/2021 | $0.00 |
| 04/04/2021 | 03/27/2021 | | 04/03/2021 | $0.00 |
| 07/02/2021 | 01/23/2021 | | | $0.00 |
| 08/30/2021 | 08/21/2021 | | 08/28/2021 | $0.00 |
| 09/14/2021 | 09/04/2021 | | 09/11/2021 | $0.00 |
| 08/15/2021 | 08/07/2021 | | 08/14/2021 | $0.00 |

Return to Payment History

Loading

## Benefit Year End (BYE) ~~te~~
12/04/2021

## Effective Date
12/06/2020

## Maximum Benefit Amount (MBA)
$4,524.00

## Balance
$4,524.00

| Payment Date | ∨ | Week 1 |
|---|---|---|
| 12/24/2020 | | 12/12/2020 |
| 02/08/2021 | | 01/30/2021 |
| 03/22/2021 | | 03/13/2021 |
| 06/23/2021 | | 06/12/2021 |
| 06/07/2021 | | 05/29/2021 |
| 03/08/2021 | | 02/27/2021 |
| 05/26/2021 | | 05/15/2021 |
| 05/14/2021 | | 04/24/2021 |
| 05/14/2021 | | 05/08/2021 |
| 05/14/2021 | | 04/10/2021 |
| 02/22/2021 | | 02/13/2021 |
| 08/01/2021 | | 07/24/2021 |
| 01/18/2021 | | 01/09/2021 |
| 01/11/2021 | | 12/26/2020 |
| 07/12/2021 | | 06/26/2021 |
| 07/21/2021 | | 07/10/2021 |
| 04/04/2021 | | 03/27/2021 |
| 07/02/2021 | | 01/23/2021 |

Need help?



# Thousands In Kentucky Still Waiting On Unemployment Benefits

By RYLAND BARTON • JUN 15, 2021

 Share      Tweet      Email

UNEMPLOYMENT INSURANCE CLAIMS OFFICE

Even though Kentucky's coronavirus cases have declined, businesses have reopened and restrictions have lifted,

The system to upgrade unemploy[m]ent claims will cost more than $47 million
and state labor and workforce officials are on the second "bid"...

3 weeks ago

WAVE 3

## Kentucky unemployment fraud up despite fewer claims filed

LOUISVILLE. Ky. (WAVE) - Despite the dwindling number of unemployment
claims being filed compared to the beginning of the COVID pandemic,...

3 weeks ago

WHAS11

## How has the end of pandemic unemployment benefits impacted Kentucky's workforce?

Two weeks after federal unemployment benefits expired in Kentucky, has there
been a flood of new workforce blood? Many employers say it's about...

1 month ago

WKYT

## Unemployment continues to be a problem in Kentucky

FRANKFORT. Ky. (WKYT) - Unemployment continues to be a problem in

esolve claims

MADISON COUNTY, Ky. (X 18) — Thousands of Kentuckians are still struggling to get their unemployment benefits. Officials from the Labor...

2 weeks ago

Spectrum News

## How the end of federal unemployment benefits effected hiring

LOUISVILLE, Ky. — Glaser's Collision Centers struggled all summer to fill a handful of jobs in its four local auto body shops.

3 weeks ago

Kentucky.com

## Most KY state workers who gamed the system to collect jobless benefits were not fired

Of at least 19 Kentucky state workers who participated in a scheme to improperly collect state and federal unemployment benefits during the...

2 weeks ago

WYMT

## State to choose upgrade plan for Kentucky unemployment ...

# Positive Covid August 30

From: Anthony Sieg (anthony.sieg@jefferson.kyschools.us)

To: livelife4u86@yahoo.com

Date: Monday, August 30, 2021, 05:51 PM EDT

Aug 30, 2021

Dear Western High Community,

Jefferson County Public Schools is committed to the safety and health of our students and staff. The Louisville Metro Department of Public Health and Wellness is continuing to alert JCPS about positive cases in our schools. We are notifying all our staff and families of any confirmed cases in our school in an effort to give you as much information as possible.

We want to inform you that individuals from Western High School recently tested positive for COVID-19.

Due to health and privacy regulations, JCPS cannot disclose any information about the individuals who have tested positive.

Those who are identified through contact tracing as close contacts will be notified directly if there is a need to self-quarantine.

Please continue to monitor for COVID-19 symptoms daily: fever or chills, new uncontrolled cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, new loss of taste or smell, sore throat, congestion or runny nose, nausea, vomiting, diarrhea, abdominal pain, new onset of severe headache, especially with fever.

If anyone in your household tests positive for COVID-19, you should contact Health Services at 485-3387.

Thank you for helping to keep people safe and to slow the spread of COVID-19 in our community and school.

For answers to your COVID-19 questions, call the state COVID-19 Hotline at (800) 722-5725 or visit https://govstatus.egov.com/kycovid19 or https://louisvilleky.gov/government/louisville-covid-19-resource-center

If you need some support related to the impact of COVID-19 please visit: https://louisvilleky.gov/government/louisville-covid-19-resource-center/louisville-metro-covid-19-response-get-assistance

Your mental health is just as important as your physical health. If you or a loved one are experiencing anxiety related to the coronavirus pandemic, help is available. Call (502) 574-1903 or visit https://louisvilleky.gov/government/office-safe-healthy-neighborhoods/mental-health-support-resources

Sincerely,

Anthony Sieg

Principal, Western High School

Jefferson County Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Jefferson County Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

# Positive COVID case at LMS

Message from Lassiter Middle School. We were made aware of a positive COVID case. Students who have to quarantine have already been notified directly. For more information, click on https://bit.ly/lmscovid21

Jefferson County Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Jefferson County Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

Positive Covid 10/12/21

From: Anthony Sieg (anthony.sieg@jefferson.kyschools.us)

To: livelife4u86@yahoo.com

Date: Tuesday, October 12, 2021, 05:45 PM EDT

October 12, 2021

Dear Western High Community,

Jefferson County Public Schools is committed to the safety and health of our students and staff. The Louisville Metro Department of Public Health and Wellness is continuing to alert JCPS about positive cases in our schools. We are notifying all our staff and families of any confirmed cases in our school in an effort to give you as much information as possible.

We want to inform you that an individual from Western High School recently tested positive for COVID-19.

Due to health and privacy regulations, JCPS cannot disclose any information about the individual who has tested positive.

Those who are identified through contact tracing as close contacts will be notified directly if there is a need to self-quarantine.

Please continue to monitor for COVID-19 symptoms daily: fever or chills, new uncontrolled cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, new loss of taste or smell, sore throat, congestion or runny nose, nausea, vomiting, diarrhea, abdominal pain, new onset of severe headache, especially with fever.

If anyone in your household tests positive for COVID-19, you should contact Health Services at 485-3387.

Thank you for helping to keep people safe and to slow the spread of COVID-19 in our community and school.

For answers to your COVID-19 questions, call the state COVID-19 Hotline at (800) 722-5725 or visit https://govstatus.egov.com/kycovid19 or https://louisvilleky.gov/government/louisville-covid-19-resource-center

If you need some support related to the impact of COVID-19 please visit: https://louisvilleky.gov/government/louisville-covid-19-resource-center/louisville-metro-covid-19-response-get-assistance

Your mental health is just as important as your physical health. If you or a loved one are experiencing anxiety related to the coronavirus pandemic, help is available. Call (502) 574-1903 or visit https://louisvilleky.gov/government/office-safe-healthy-neighborhoods/mental-health-support-resources

Sincerely,

Anthony Sieg

Principal, Western High School

---

Jefferson County Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Jefferson County Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

# Positive COVID case at LMS

From:  Dawn Davis (dawn.davis@jefferson.kyschools.us)

To:  livelife4u86@yahoo.com

Date:  Tuesday, May 11, 2021, 04:05 PM EDT

Message from Lassiter Middle School.  We were recently made aware of a positive COVID case at Lassiter.  For more information, please click on the link https://bit.ly/21LMS

Thank you.

Jefferson County Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Jefferson County Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

# Positive COVID cases at LMS

From: Dawn Davis (dawn.davis@jefferson.kyschools.us)

To: livelife4u86@yahoo.com

Date: Friday, September 17, 2021, 04:05 PM EDT

Message from Lassiter Middle School. We were made aware of three positive COVID cases. Students who have to quarantine have already been notified directly. For more information, click on https://bit.ly/lmscovid21

Jefferson County Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Jefferson County Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

# Positive COVID at LMS

From: Dawn Davis (dawn.davis@jefferson.kyschools.us)

To: livelife4u1986@yahoo.com

Date: Monday, October 18, 2021, 04:05 PM EDT

Message from Lassiter Middle School. We were made aware of a positive COVID case. Students who have to quarantine have already been notified directly. For more information, please click on the following link:

https://bit.ly/lmscovid21

Thank you.

Jefferson County Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Jefferson County Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

Direct: (603) 812-4120

Fax: (603) 812-4120

cbsmedicalbilling.com

*handwritten note:* ☆. Autumn would not perform 90 day evalu Revi

The authorized recipient of this information is prohibited from disclosing it to any other party unless required to do so by law and is required to delete/destroy the information after its stated need has been fulfilled.

If you have received this information in error, please notify the sender immediately and delete this information.

*handwritten note:* it was Scheduled for 11/13/2

**From:** Janiece Fowler <jfowler@cbsmedicalbilling.com>
**Sent:** Thursday, December 3, 2020 8:42 AM
**To:** Autumn Pole <Autumn@cbsmedicalbilling.com>
**Subject:** 90 day review

*handwritten note:* ® Never happened

Good morning,

Can you please advise whom may conduct my 90 day review and possibly when? I started July 13. There is what looks like evaluation started in HRweb for 11/13/20, but nothing attached.

I would love to discuss performance, goal progress and future questions comments and concerns

Thanks

Janiece Fowler

Junior Billing Specialist

CBS Medical Billing & Consulting, LLC.

**Phone:** (603) 609-0524ext. 126

**Fax:** (603) 609-0524

www.cbsmedicalbilling.com

The authorized recipient of this information is prohibited from disclosing it to any other party unless required to do so by law and is required to delete/destroy the information after its stated need has been fulfilled.

If you have received this information in error, please notify the sender immediately and delete this information.

FW: 90 day review

From: Janiece Fowler (jfowler@cbsmedicalbilling.com)
To: livelife4u1986@yahoo.com
Date: Friday, December 4, 2020, 04:09 PM EST

*handwritten:* A → I never got my Performace review. Autumn, refused to comple[te]
• I twas supposed to be complet[ed] 11/13/20 • Never don[e]

Janiece Fowler

Junior Billing Specialist

CBS Medical Billing & Consulting, LLC.

**Phone:** (603) 609-0524ext. 126

**Fax:** (603) 609-0524

www.cbsmedicalbilling.com

The authorized recipient of this information is prohibited from disclosing it to any other party unless required to do so by law and is required to delete/destroy the information after its stated need has been fulfilled.

If you have received this information in error, please notify the sender immediately and delete this information.

**From:** Autumn Pole <Autumn@cbsmedicalbilling.com>
**Sent:** Thursday, December 3, 2020 8:51 AM
**To:** Janiece Fowler <jfowler@cbsmedicalbilling.com>
**Subject:** RE: 90 day review

Hi Janiece,

I will be conducting your 90 day review along with someone else from the management team. I was just informed on Monday afternoon by upper management that CBS has put a hold on all reviews (90 day, 6 month and annual) until 2021. I was going to inform everyone during the morning meeting today since this information does pertain to a few on my team.

**Autumn Pole**

Account Manager

CBS Medical Billing and Consulting, LLC.

1/3

Thank you for your interest

From: Deborah Schmidt-Guecia (dschmidtguecia@signaturehealthcarellc.com)

To: livelife4u1986@yahoo.com

Date: Friday, November 13, 2020, 09:18 AM EST

**Deborah Schmidt-Guecia, PRC**
*Director of Talent Acquisition*
Signature HealthCARE

SHC Medical Partners, Signature Lifestyles, & Silver Angels
C: 502-216-2740

F: 502-340-1550

*Signature.* HealthCARE | *Live with purpose.*

This message and its contents / attachments may contain PHI, or may otherwise be confidential and subject to privilege. If you are not the intended recipient of this communication, or received it in error, please delete it immediately and contact me.

I was applying for Jobs way Prior too 12/10/20. B/C I was experiencing So much harrasement

Today

9:09 AM

Effective immediately I am terminating from position. This continuous rudeness, fault finding is unacceptable. Causing additional stress. My experience and education deserves better.
Thanks

*Day I Quit info sent to mgr*

Type a new message


Good morning can we communicate immed

I just had a very nasy rude in accurate accusation mad
me in front of my peers once again

this continuous fault finding and rude communication fr
has caused me to terminate position effective immediate

Please send address were I can send products back..Thar
in advane. I have had enough . My experience and ed



Type a new message

A̲ₑ ! : ☺ ⌷ [GIF] 🖼 🗈 📅⁺ ✈ 👤 ⋯

<u>**Service Appreciation & Evaluation Letter**</u>

Janiece Fowler

Independent Consultant

Phn: 502-419-5251

Email: spiritedrcmconsultant_advising@yahoo.com

Hi All,

It has been a pleasure to offer my Consulting and Advising service to Dave Harmon and Associates. Training and educating on all things related to medical billing and revenue cycle management.

I have enjoyed working with each and every one of you individually and as a whole group.

I truly value the work you all do and the service you all provide.

**If possible, please take some time to complete questions for business portfolio and future success.**

PLEASE CHECK ALL THAT APPLY

1. How would you rate consultant's deliverance of experience and education relating to practice needs?
   - ☐ POOR
   - ☐ INTERMIDIATE
   - ☐ ADVANCE
   - ☒ EXCELLENT AND SKILLFULL

2. How well did the consultant relate to other's performing task?
   - ☐ POOR
   - ☐ INTERMIDIATE
   - ☐ ADVANCE
   - ☒ EXCELLENT AND SKILLFULL

3. How would you rate Consultant's quality of work and productivity?
   - ☐ POOR
   - ☐ INTERMIDIATE
   - ☐ ADVANCE
   - ☒ EXCELLENT AND SKILLFULL

4. Would you recommend service to other provider and/or facilities?
   - ☐ YES

☐ No

Additional Comments below:

> She is extremely professional and is at the top of her game when it comes to connecting w/ Insurance Companies to increase service provider revenue.

X _A. Perkins, LCSW_

Thanks

Janiece Fowler





**2020 Code Books Certified Coding Associate (CCA) Exam**

Janiece Fowler
1339 berry blvd
louisville, KY 40215

Examination Date: 13-Apr-2021

**Results: Pass**
**Your Scaled Score: 303**
**Passing Scaled Score: 300**

| Domains: | Percent Correct |
|---|---|
| Clinical Classification Systems | 46% |
| Reimbursement Methodologies | 59% |
| Health Records and Data Content | 64% |
| Compliance | 62% |
| Information Technologies | 50% |
| Confidentiality & Privacy | 29% |

This exam is built for a high degree of reliability at the pass/fail decision level. Domain scores can vary across forms, particularly for domains with a low number of questions. It may be helpful to consider domain scores when planning for continuing education or other personal/professional development. However, high-stakes decisions should not be based on domain scores.

Note: Domain scores are given as percentage correct and cannot be averaged to arrive at scaled scores. A scaled score is not a percent or number correct.

You have successfully passed the 2020 Code Books Certified Coding Associate (CCA) Exam. Candidates who pass the examination can view and print their certificate in their CEU Center within 48 business hours. The CEU Center can be accessed at my.ahima.org. If you are interested in ordering a hard copy certificate or frame, please visit www.ahima.org/certification/contact.

For information on Recertification (e.g., continuing education requirements) please visit http://www.ahima.org/certification/Recertification.

For information on membership, please visit http://ahima.org/membership.

For additional information on the scoring of your exam, please visit http://www.ahima.org/certification/examscoring.



**Toll-free, all locations:**
**1-877-222-0780**
www.cccneb.edu

*College Administration*
3134 W Highway 34
PO Box 4903
Grand Island, NE 68802-4903
Phone (308) 398-4222
Fax: (308) 398-7399

*Columbus*
4500 63rd Street
PO Box 1027
Columbus, NE 68602-1027
Phone: (402) 564-7132
Fax: (402) 562-1201

*Grand Island*
3134 W Highway 34
PO Box 4903
Grand Island, NE 68802-4903
Phone (308) 398-4222
Fax: (308) 398-7398

*Hastings*
550 S Technical Blvd
PO Box 1024
Hastings, NE 68902
Phone: (402) 463-9811
Fax: (402) 461-2454

*Holdrege*
1308 2nd Street
PO Box 856
Holdrege, NE 68949-0856
Phone: (308) 995-8133
Fax: (308) 995-5695

*Kearney*
1215 30th Avenue
PO Box 310
Kearney, NE 68848-0310
Phone: (308) 338-4000
Fax: (308) 338-4022

*Lexington*
1501 Plum Creek Parkway
PO Box 827
Lexington, NE 68850-0827
Phone: (308) 324-8480
Fax: (308) 324-8480

8/20/2021

Janiece Fowler
1339 Berry Blvd
Louisville, KY 40215-1950

Dear Janiece

Congratulations! I am pleased to inform you that you have been accepted for admission to **Central Community College.** CCC provides you with the knowledge and skills tomorrow's world demands and the personalized attention you need to succeed.

Your application included the information below. Please contact us at admissions@cccneb.edu or 308-398-7901 if there are any changes to this information.

> **Location: Web/Online only**
> **Start Term: Spring 2022**
> **Program of Interest: Health Information Management Services**

*Please note, acceptance to Central Community College does not guarantee admission to our health programs.*

Next step:

- We also encourage you to check your CCC email account regularly for correspondence from the college.
  - Access your email through your WebCentral account.
  - Your CCC Student ID number is: **0475279.**
  - Assistance on how to access your WebCentral account, including first-time login information can be found at www.cccneb.edu/web-central. Call the CCC Service Center at 308-398-7999 for additional assistance.
- Enroll in classes by attending a Registration Day Event.
  - Log into www.cccneb.edu/regday.
  - Please watch your mail and email for additional information when it becomes available.
- For more information about your Next Steps at CCC go to https://www.cccneb.edu/admissions.

Congratulations again, Janiece, and welcome to Central Community College and the Raider Family!

Sincerely,

*Janel M Walton*

Janel M. Walton

**Central Community College maximizes student and community success**

AOC-105
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice    www.courts.ky.gov
CR 4.02; CR Official Form 1

**CIVIL SUMMONS**

Case No. _____

Court ☑ Circuit ☐ District

County _____

**PLAINTIFF**

JANIECE                    T            FOWLER
1339 BERRY BLVD

LOUISVILLE             Kentucky      ▾ 40215

VS.

**DEFENDANT**

CBS MEDICAL BILLING LLC
19 Hampton Rd Ste 14 Bldg B

EXETER                New Hampshire   ▾ 03833

**Service of Process Agent for Defendant:**

_____

_____

_____

_____

City

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____        _____Clerk

                                       By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                          Served by: _____

                                     _____Title



## LEGAL AID SOCIETY

### PURSUING JUSTICE. RESTORING HOPE.

October 15, 2021

Janiece Fowler
1339 Berry Blvd.
Louisville, KY 40215

Dear Ms. Fowler,

Please allow this letter to confirm the Legal Aid Society is not at this time accepting new clients in appeals of unemployment insurance benefits. I apologize that we are unable to assist you.

Sincerely,

John Young
Attorney at Law.



416 W. Muhammad Ali Blvd. I Suite 300 I Louisville, KY 40202 I (502) 584-1254 I (800) 292-1862
Fax (502) 584-8014 I www.laslou.org

# JEFFERSON County

## Random Judge Assignment Report

**Court:** Circuit Court

**Requestor:** NORMA_BISIG      **Reference/Case Number:** 21-ci-005924

**This Case has been Assigned to:** 5 **Division**

Judge Mary Shaw      630277

**Control Date/Time:** 10/20/2021   2:09:21PM

Doc. Code: CCCS

Commonwealth of Kentucky
Court of Justice  *www.kycourts.gov*

**CIVIL CASE COVER SHEET**

Case No: 21 C I 05924
Court: _____
County: Jefferson CIRCUIT COURT
DIVISION FIVE (5)
Division: _____

PLAINTIFF/PETITIONER *or* IN RE/IN THE INTEREST OF:
JANIECE. FOWLER

FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK

OCT 2 9 2021

BY _____
DEPUTY CLERK

DEFENDANT/RESPONDENT, *if applicable:*
KY UNEMPLOYMENT COMMISSION & CBS MEDICAL BILLING AND CONSULTING LLC

☑ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place a "X" to the left of the *ONE* case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
- ☐ Dissolution/Divorce with Children (DISSOC)
- ☐ Dissolution/Divorce without Children (DISSO)
- ☐ Paternity (PA)
- ☐ Custody (CUSTO)
- ☐ Child Support IV-D (SUPIV)
- ☐ Child Support Private Non IV-D (SUPPRI)
- ☐ URESA/UIFSA (UR)
- ☐ Visitation/Parenting Time (VISIT)
- ☐ Voluntary Termination of Parental Rights (VTPR)
- ☐ Involuntary Termination of Parental Rights (ITPR)
- ☐ Adoption (ADPT)
- ☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
- ☐ Guardianship-Adult (GCADLT)
- ☐ Guardianship-Juvenile (GCJUV)
- ☐ Adult Conservatorship - Trusteeship (CONSVA)
- ☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
- ☐ Probate-Testate (with a will) (PBTEST)
- ☐ Probate-Intestate (without a will) (PBINT)
- ☐ Petition to Dispense with Administration (PBDIS)
- ☐ Name Change (NC)
- ☐ Will Contest (WC)
- ☐ Other: (PBOTH) _____

**TORT** (Injury)
- ☐ Automobile (AUTO)
- ☐ Intentional (INTENT)
- ☐ Malpractice-Medical (MDML)
- ☐ Malpractice-Other (MLOTH)
- ☐ Premises Liability (PREM)
- ☐ Product Liability (PROD)
- ☐ Property Damage (PD)
- ☐ Slander/Libel/Defamation (SLAND)
- ☐ Other: (PIOTH) _____

**REAL PROPERTY**
- ☐ Abandoned and Blighted Property Conservatorship (PC)
- ☐ Property Rights (PR)
- ☐ Condemnation (DOMAIN)
- ☐ Forcible Detainer - Eviction (FD)
- ☐ Forcible Entry (FENTRY)
- ☐ Foreclosure (FCL)
- ☐ Other: (COOTH) _____

**EMPLOYMENT**
- ☑ Employment-Discrimination (DSCR)
- ☑ Employment-Other (DISPU)

**CONSUMER**
- ☐ Seller Consumer Goods (DEBTG)
- ☐ Seller Consumer Services (DEBTS)
- ☐ Buyer Consumer Goods (BUYERG)
- ☐ Buyer Consumer Services (BUYERS)
- ☐ Credit Card Debt (CREDIT)
- ☐ Fraud (FRAUD)
- ☐ Other: (COOTH) _____

**APPEALS**
- ☐ Appeal from Administrative Agency (AB)
- ☐ Appeal from District Court (XI)
- ☒ Other: (OTH) **6 _____

**MISC CIVIL**
- ☐ Constitutional Challenge (CCHAL)
- ☐ Habeas Corpus (HABEAS)
- ☐ Non-Domestic Relations Restraining Order (IP)
- ☐ Tax (TAX)
- ☐ Writs (WRITS)
- ☐ Other: (OTH) _____

**BUSINESS / COMMERCIAL**
- ☐ Business Tort (BCPI)
- ☐ Statutory Action (BCSA)
- ☐ Business Contract Dispute (BCCO)
- ☐ Other: (BCOTH) _____

[ Print Form ]     [ Reset Form ]